

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00551-CV

Richard Matthew **VILLAREAL**,
Appellant

v.

Rebecca L. **VILLAREAL**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18202
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The trial court's judgment was signed July 31, 2015. No motion for new trial or other motion that would have extended the appellate deadlines was filed. Therefore, appellant's notice of appeal was due August 31, 2015 – the thirtieth day, August 30, 2015, was a Sunday. The notice of appeal was filed September 3, 2015 – three days late. On September 14, 2015, within the fifteen-day time period for filing an extension of time to file the notice of appeal, appellant filed in this court an extension of time to file the notice of appeal, stating the notice of appeal was not timely filed due to "confusion between trial counsel and appellate counsel," but this was the result of accident or mistake, and was not deliberate or intentional. See Hone v. Hanafin, 104 S.W.3d 884, 886 (Tex. 2003). Based on appellant's explanation, we GRANT the motion to extend time to file the notice of appeal.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court